UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRABJOT NATT, a married man, | No. 2:25-cv-01416-RSM |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulation for Leave to Amend Plaintiff's Complaint and Remand State Law Claims (ECF No. 8).

Pursuant to the parties' stipulation, Plaintiff's Amended Complaint for Damages – attached to the parties' stipulation, ECF No. 9, is accepted as filed.

As the parties have stipulated for leave to amend the complaint to add a defendant who resides within the State of Washington, this case is remanded to the Snohomish County Superior Court for all further proceedings.

**ACCORDINGLY, IT IS ORDERED:**

ORDER GRANTING STIPULATED MOTION

1.      Plaintiff is **GRANTED** leave to amend his pleading.  The Amended Complaint for Damages is accepted as field.  *See* ECF No. 9.

2.      This case is **REMANDED** to Snohomish County Superior Court, State of Washington, for all remaining proceedings.

3.      Pursuant to the parties' stipulation, neither party shall recover costs or fees from the other as result of the remand to state court.

4.      The District Court Executive is directed to enter this Order, provide copies to counsel, mail a certified copy of this Order to the Clerk of the Snohomish County Superior Court, and **CLOSE** the file.

DATED this 23rd day of September, 2025.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION